IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO AROESTE and ) <br> ESTELA AROESTE, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 8:22-cv-1067-TPB-SPF |

## **PLAINTIFF UNITED STATES' FIRST AMENDED NOTICE OF RELATED ACTIONS**

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." The United States files this amended notice to apprise the Court of a recently filed, pending case related to the above-captioned case.

I certify that the above-captioned case **IS** related to pending or closed civil or criminal cases filed with this Court, or any other federal or state court, or administrative agency. The United States gives notice of the following cases:

1. *Alberto Aroeste v. Commissioner of Internal Revenue*, Case No. 013024-20 (U.S. Tax Court filed Nov. 9, 2020) (pending)

1

(challenging Alberto and Estela Aroeste's 2012 through 2014 income tax liabilities)

2. *Estela Aroeste v. Commission of Internal Revenue*, Case No. 15372-20 (U.S. Tax Court filed Nov. 9, 2020) (consolidated with *Alberto Aroeste v. C.I.R.*) (challenging Estela Aroeste's 2012 through 2014 income tax liabilities)

3. NEW CASE: *Alberto Aroeste & Estela Aroeste v. United States of America, et al.*, Case No. 3:22-cv-00682-AJB-KSC (S.D. Cal. filed May 13, 2022) (suit for refund of allegedly "illegally exacted" payments made toward Alberto Aroeste and Estela Aroeste's unpaid FBAR liabilities for 2012 and 2013)[1]

I understand that I have a continuing duty to promptly inform the Court if any newly filed similar or successive cases by filing an Amended Notice.

---

[1] On May 9, May 10, and May 12, 2022, the undersigned counsel for the United States contacted several of the attorneys employed by Procopio, Cory, Hargreaves & Savitch LLP who previously represented the Defendants in IRS administrative and Tax Court proceedings—including the Tax Court cases listed in this Notice—to confirm whether they represented the Defendants in the instant action and whether they would accept requests to waive formal service of the summons and complaint in the instant action. Counsel did not receive responses to its requests and has since taken steps, at cost, to formally serve both Defendants. Two of the attorneys the undersigned counsel contacted represent the Defendants in their refund suit filed in the Southern District of California on May 13, 2022.

Dated: May 17, 2022.   Respectfully submitted,

                                              DAVID A. HUBBERT
                                              Deputy Assistant Attorney General

By:   */s/ Christina T. Lanier*
       CHRISTINA T. LANIER
       D.C. Bar No. 1779680
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Ben Franklin Station
       P.O. Box 14198
       Washington, D.C. 20044
       (202) 765-4908 (phone)
       (202) 514-4963 (facsimile)
       Christina.T.Lanier@usdoj.gov

       *Lead Counsel for the United States*

       Of Counsel:

       ROGER B. HANDBERG
       United States Attorney
       Middle District of Florida

## CERTIFICATE OF COMPLIANCE

I certify that this document was typed in 13-point Century Schoolbook font in compliance with this Court's local rules.

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
