IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:22-cv-1067-TPB-SPF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALBERTO AROESTE and ) | |
| ESTELA AROESTE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **NOTICE OF VOLUNTARY DISMISSAL**

The United States provides notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that it voluntarily dismisses this action without prejudice. The parties have agreed to litigate their claims solely in the United States District Court for the Southern District of California. *See Aroeste v. United States*, No. 3:22-cv-682-AJB-KSC (S.D. Cal.) ("*Aroeste II*"). The United States has answered and counterclaimed in that action.

2

Dated: August 25, 2022.                    Respectfully submitted,

                                                  DAVID A. HUBBERT
                                                  Deputy Assistant Attorney General

                                    By:  */s/ Christina T. Lanier*
                                                  CHRISTINA T. LANIER
                                                  D.C. Bar No. 1779680
                                                  U.S. Department of Justice
                                                  Trial Attorney, Tax Division
                                                  Post Office Box 14198
                                                  Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  Telephone: (202) 765-4908
                                                  Facsimile: (202) 514-4963
                                                  Email: christina.t.lanier@usdoj.gov

                                                  *Attorney for Plaintiff United States*

                                                  Of counsel:

                                                  ROGER B. HANDBERG
                                                  United States Attorney
                                                  Middle District of Florida

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed on August 25, 2022, with the Clerk of Court using the CM/ECF system.

> */s/ Christina T. Lanier*
> CHRISTINA T. LANIER
> Trial Attorney, Tax Division
> U.S. Department of Justice

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing document has been prepared in Century Schoolbook 12- and 13-point fonts, and with spacing in accordance with local rules.

> */s/ Christina T. Lanier*
> CHRISTINA T. LANIER
> Trial Attorney, Tax Division
> U.S. Department of Justice